IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:11-00173 |
| | ) | JUDGE TRAUGER |
| STEVEN CLARK | ) | |

MOTION TO RESCHEDULE REVOCATION HEARING

Comes the defendant, Steven Clark, through undersigned counsel, and hereby requests the revocation hearing, presently scheduled for April 14, 2012, at 3 PM, be rescheduled for at least forty-five (45) days, at a time that is convenient with the Court's calendar. As grounds for this request, undersigned counsel states that Mr. Clark has a charge pending in state court that has been continued to May 21, 2014. As it forms the basis for the Petition for Revocation of Supervised Release, a continuance is requested. Assistant United States Attorney, Jimmie Lynn Ramsaur has authorized undersigned to state that she has no opposition to this request for a continuance.

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Steven Clark