IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:11-00173 Chief Judge Haynes |
| STEVEN CLARK, | ) ) | |
| Defendant. | ) ) | |

### ORDER

Before the Court is the Government's motion to dismiss the petition to revoke the Defendant's supervised release (Docket Entry No. 12) that is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court